Joshua M. Bonnici, Esq. [SBN 281560]
**BONNICI LAW GROUP, APC**
1620 Fifth Avenue, Suite 625
San Diego, California 92101
Tel:           (619) 259-5199
Email:        josh@bonnicilawgroup.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA LIPPMAN, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation;<br><br>Defendants. | Case No.  **'22CV836   CAB AHG**<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER E.R.I.S.A.**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

**Plaintiff SASHA LIPPMAN alleges as follows:**

1. At all times relevant herein, Plaintiff, SAHSA LIPPMAN, was an individual residing in San Diego, California.

2. Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA is a corporation licensed to do business in the State of California, with a principal place of business in the state of New Jersey, located at: 751 Broad Street, Newark Essex, NJ 07102.

3.	The Policy and the claim at issue in this action are governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001, et. seq.

4.	Jurisdiction is proper pursuant to federal question under 28 U.S.C. 1331.

5.	Venue is proper pursuant to 28 U.S.C 1391, in that a substantial portion of the claim arouse out of the Southern District of California.

6.	Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA sponsored a long-term disability policy ("The Policy") which was provided to Plaintiff SASHA LIPPMAN.

7.	Plaintiff became employed by The Scripps Research Institute, and through his benefits of employment obtained a long-term disability benefit administrated by Defendant.

8.	At some time during his employment with Defendant, Plaintiff became disabled within the definition of The Policy, and soon thereafter, and in a timely fashion, made a claim for benefits under The Policy.

9.	Plaintiff's claim for ongoing long-term disability benefits was denied. Plaintiff elected to file a secondary administrative appeal with Defendant, which was again denied. Plaintiff remains disabled as defined by The Policy to this date, and continues to be eligible for long-term disability under The Policy.

10.	Plaintiff made a timely administrative appeal of the original denial. The administrative appeal was denied in a letter dated January 28, 2022, thereby exhausting The Policy's administrative appeal process.

////
////
////

**WHEREFORE**, Plaintiff prays for a judgment from the Court as follows:

1. Declaring that Plaintiff is covered for past and ongoing long-term disability benefits under The Policy;
2. For past-due benefits through the date of filing, and additional benefits accumulating at the same monthly rate;
3. For interest on the past-due benefits;
4. For reasonable attorney's fees;
5. For costs of suit herein; and
6. For such other relief as the Court deems proper.

DATED: June 7, 2022                **BONNICI LAW GROUP, APC**

By: */s/ Joshua M. Bonnici*
Joshua M. Bonnici
Attorney for Plaintiff
SASHA LIPPMAN